UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

DILGIT SINGH,

Petitioner,

v.

WARDEN, MARK MULLIN, IDOC, US DHS, ICE,

Respondents.

CAUSE NO. 3:26-CV-1061-CCB-SJF

**OPINION AND ORDER**

The court received a petition for a writ of habeas corpus under 28 U.S.C. § 2241, purporting to be from Dilgit Singh, an immigration detainee held at Miami Correctional Facility, but drafted by Muharrem Balkanli, another detainee at Miami Correctional Facility. ECF 2. After the petition was filed, the court received a Notice of Dismissal from Singh, stating that he voluntarily dismisses this action without prejudice because "this action was initiated fraudulently and without his knowledge or consent." ECF 5 at 1. He includes a sworn declaration, attesting that he did not initiate this litigation and he did not complete or sign the E-Filing Consent Form, the Petition for Writ of Habeas Corpus, of the Motion to Proceed in Forma Pauperis. ECF 5-1 ¶¶ 2, 3. He believes Balkanli forged his signatures and fraudulently initiated this action. *Id.* ¶ 4. He does not wish to pursue federal habeas relief at this time. *Id.* ¶ 8.

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), Singh can dismiss at this stage of the proceedings without a court order by filing a Notice of Dismissal, which he has done. The case will be dismissed.

For these reasons, the court **DIRECTS** the clerk to **DISMISS** this case **WITHOUT PREJUDICE** pursuant to the Notice of Dismissal (ECF 5).

SO ORDERED on August 28, 2026.

/s/ *Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT